TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00843-CV

Katherine S. Jackson, Individually and as Next Friend of 

Joseph Kurt Jackson, a Minor, Appellant

v.

Child Support Enforcement, Michael J. McAuliffe, Debra McAuliffe, Edwin Seilheimer,
Gary Calabrese, and the DNA Identity Laboratory of the 

University of North Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-09086, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Because appellant has neither paid for nor made arrangements to pay for the clerk's
record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P. 35.3(a)(2).

 The Clerk of this Court filed Appellant's Notice of Appeal on December 17, 1999. 
Notice was received from the Travis County clerk's office on January 13, 2000, that the clerk's
record had not been paid for, nor had arrangements been made. 

 By letter dated January 31, 2000, appellant was requested to submit a status report
regarding this matter by February 15, 2000, or this appeal may be dismissed for want of
prosecution. Thus far, appellant has failed to respond to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: February 25, 2000

Do Not Publish